**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Marshall Jablon and Marcia Jablon     CASE NO.: 01−12191−ash

SSN/TAX ID: xxx−xx−4849    xxx−xx−6347     CHAPTER: 7

---

# ORDER OF FINAL DECREE

The estate of the above−named debtor has been fully administered.

IT IS ORDERED THAT:

Jeffrey L. Sapir−7 is discharged as Trustee of the estate ; the bond is cancelled; and the chapter 7 case of the above−named debtor is closed.

Dated: 9/20/04

                                         Adlai S. Hardin Jr., Bankruptcy Judge

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0208-7          User: lwebb              Page 1 of 1              Date Rcvd: Sep 20, 2004
Case: 01-12191                Form ID: 149             Total Served: 8
```

The following entities were served by first class mail on Sep 22, 2004.
```
db       +Marcia Jablon,   400 Mamaroneck Avenue,   Harrison, NY 10528-2408
db       +Marshall Jablon,   400 Mamaroneck Avenue,   Harrison, NY 10528-2408
aty      +Ian R. Winters,   Klestadt & Winters, LLP,   381 Park Avenue South,   12th Floor,
           New York, NY 10016-8806
aty      +Pamela Jean Lustrin,   United States Trustee,   33 Whitehall Street,   21st Floor,
           New York, NY 10004-2122
aty      +Sean C. Southard,   Klestadt & Winters, LLP,   292 Madison Avenue,   17th Floor,
           New York, NY 10017-6314
aty      +Tracy L. Klestadt,   Klestadt & Winters, LLP.,   381 Park Avenue South,   12th Floor,
           New York, NY 10016-8806
tr       +Jeffrey L. Sapir-7,   As Chapter 7 Trustee,   399 Knollwood Road,   Suite 102,
           White Plains, NY 10603-1936
ust      +United States Trustee,   33 Whitehall Street,   21st Floor,   New York, NY 10004-2122
```

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*     +Jeffrey L. Sapir-7,   As Chapter 7 Trustee,   399 Knollwood Road,   Suite 102,
           White Plains, NY 10603-1936
                                                                                 TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 22, 2004                    Signature: _Joseph Speetjens_